UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DWAYNE HENRY,

                Petitioner,

  -against-

THOMAS POOLE, et al.,

                Respondents.
-----------------------------------------------------------------X

JUDGMENT
02-CV-2949 (JBW)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ DEC 15 2005 ★
BROOKLYN OFFICE

    A Memorandum and Order of Honorable Jack B. Weinstein, United States District Judge, having been filed on November 10, 2005, denying the petitioner's contention that the 90-day period form the decision of the Court of Appeals expired on August 20, 2005; and ordering that the State shall release petitioner, Dwayne Henry, unless it provides him with a new trial within 90 days of the entry of judgment; it is

    ORDERED and ADJUDGED that the State shall release petitioner, Dwayne Henry, unless it provides him with a new trial within 90 days of the entry of this judgment.

Dated: Brooklyn, New York
       December 12, 2005

                                              ROBERT C. HEINEMANN
                                              Clerk of Court